UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KRUEGER INTERNATIONAL INC.,

    Plaintiff,

v.                                                             Case No. 04-C-1240

STARENA INTERNATIONAL PTY LTD,

    Defendant.

**ORDER**

Plaintiff commenced this action with the filing of the complaint on December 27, 2004. A certificate of service reflects that the defendant was served in New South Wales, Australia on January 21, 2005. Although various employees of the defendant have written letters to the clerk, no attorney has entered an appearance on behalf of the defendant and no answer has been filed. The defendant is presently in default and a motion for a default judgment was scheduled for September 12, 2005. On September 2, 2005, the court received a letter from the secretary/receptionist of the defendant requesting that the case be adjourned until some time after the 20th of September because the person in charge of obtaining an attorney is sick and out of the office.

The request will be denied. Defendant was advised more than four months ago that it needed to retain an attorney to represent it in this action. Despite this fact, it continues to correspond with the court through secretaries and other non-attorney personnel. Defendant has had adequate time to obtain an attorney and has failed to do so. Even now, the request for adjournment is indefinite as to when the defendant may see fit to retain counsel so as to enter an appearance and

respond to the complaint. Given these facts and the history of this case, the court concludes that the secretary/receptionist's request should be denied.

**SO ORDERED**.

Dated this   12th   day of September, 2005.

s/ William C. Griesbach<br>
William C. Griesbach<br>
United States District Judge